# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT H. LANE,<br>　　　Plaintiff(s)<br><br>　　　　　v.<br><br>JOHN E. POTTER, Postmaster General,<br>United States Postal Service,<br>　　　Defendant(s) | )<br>)<br>)<br>)　CIVIL ACTION NO. 3:08-30158 -MAP<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]　**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]　**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant John E. Potter, Postmaster General, United States Postal Service, against the plaintiff Robert H. Lane, pursuant to the court's memorandum and order entered this date, granting defendant's motion to dismiss.

　　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: March 30, 2010　　　　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment 2 (Routine).wpd - 11/98)
　　　[jgm.]